**UNITED STATES of America,**
**Appellee,**

v.

**Fernando RIOS–SERNA, Appellant.**

No. 05–2235.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 5, 2006.

Decided: Jan. 11, 2006.

Susan T. Lehr, U.S. Attorney's Office, Omaha, NE, for Appellee.

Fernando Rios–Serna, Omaha, NE, pro se.

W. Russell Bowie, Omaha, NE, for Appellant.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Fernando Rios–Serna pleaded guilty to conspiring to distribute and possess with intent to distribute at least 500 grams of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him at the bottom of the advisory Guidelines range to 108 months in prison and 5 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For the reasons discussed below, we grant counsel's motion and affirm.

Counsel argues that the sentence imposed is unreasonable under the standard of review announced in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, a sentence within the advisory Guidelines range is presumptively reasonable, and we conclude that Rios–Serna has not satisfied his burden to rebut that presumption of reasonableness. *See United States v. Lincoln,* 413 F.3d 716, 717–18 (8th Cir.2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 840, —— L.Ed.2d ——, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05–7506).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Ne-

braska.